Zanella et ux., Appellants, *v.* First National Bank, Salem, Ohio.

Before ROWLEY, J., without a jury.

Argued November 21, 1975. *Thomas P. Geer,* for appellants; *James A. McGregor, Jr.,* with him *Reed, Sohn, Reed & Kunselman,* for appellee.

Judgment affirmed.

February 5, 1976.

Abrams *v.* Merritt, Appellant.

Before WEINROTT, J., without a jury.

Argued December 11, 1975. *Merle A. Leslie-Hughes,* with him *Leslie-Hughes, Anderson & Hariani,* for appellant; *Lawrence W. Richman,* with him *Frank and Margolis,* for appellee.

Order affirmed.

Allegrucci *v.* Allegrucci, Appellant.

Before CONABOY, J., without a jury.

Argued December 10, 1975. *James T. McHale,* for appellant; *Robert W. Munley,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record we are of the opinion that the court below properly entered a decree in divorce in this case.

WATKINS, P.J., absent.